IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20179
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHARLES ONYEJEKWE,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-93-307-1
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Charles Onyejekwe appeals his sentence, arguing that the district court erred in finding that two prior state-court convictions were "unrelated cases" under U.S.S.G. § 4A1.2(a)(2). We have conducted a de novo review of this issue and conclude that the district court did not commit reversible error by treating each prior conviction as a separate case under the Guidelines.

    AFFIRMED.

---

[*]    Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.